UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

RANDAULL ANDREW COBB
*dba Randaull & V's Tax Services*
*aka Randy Cobb*
*dba Randy's Phenomenal Eats Inc,*

                    Chapter 11

                    Case No. 1-19-40941-nhl

                    Debtor.
------------------------------------------------------------X
RANDAULL ANDREW COBB,

                    Plaintiff,

          v.

                  Adv. Pro. No. 1-23-01006-nhl

JOEL KAUFMAN, MONROE UNIQUE
HOMES INC., and SEA & SUN GROUP, LLC,

                    Defendants.
------------------------------------------------------------X

## INTERIM REPORT OF MEDIATOR

1. By Mediation Referral Order entered August 21, 2023 [ECF No. 189; Adv. Pro. ECF No. 22], the Court referred the parties to mediation and appointed Lori Lapin Jones, Esq. of Lori Lapin Jones PLLC as Mediator. Thereafter, the parties executed the Stipulation and Mediation Order which was entered on September 5, 2023 [ECF No. 191; Adv. Pro. ECF No. 23].

2. The parties to the mediation are: (a) Randaull Andrew Cobb (Plaintiff/Debtor), (b) Monroe Unique Homes Inc. (Defendant), and (c) Sea & Sun Group, LLC (Defendant).

3. The Mediator reports as follows:

    a. Confidential written mediation statements were submitted to the Mediator on behalf of each of the parties.

    b. The Mediator conducted a mediation session on Zoom on October 18, 2023. The

following individuals attended the October 18, 2023 mediation session:

<u>Mediator</u>
Lori Lapin Jones, Esq.

<u>Plaintiff/Debtor</u>
Randaull Andrew Cobb
Randy Kornfeld, Esq., Kornfeld & Associates, P.C.
In addition, Yolanda Nicholson, Esq. was available by telephone.

<u>Monroe Unique Homes Inc</u>
Joel Kaufman, Principal, Monroe Unique Homes, LLC
David Fiveson, Esq., Butler, Fitzgerald, Fiveson & McCarthy, P.C.

<u>Sea & Sun Group, LLC</u>
Moshe Ben Harosh, Vice President
Rob Ozer, Partner
Seth Weinberg, Margolin, Weinreb & Nierer, LLP

      c.   The parties acted in good faith.

      d.   The Mediator conferred with each of the parties and thereafter determined that the most efficient way to continue the mediation session was to attempt to first resolve the issues between the Debtor/Plaintiff Randaull Cobb and Defendant Monroe Unique Homes LLC. The Mediator then excused Defendant Sea & Sun Group LLC from the balance of the October 18 mediation session.

      e.   The mediation continued after the October 18, 2023 session.

      f.   To date, the mediation resulted in a settlement between Plaintiff/Debtor Randaull Cobb and Defendant Monroe Unique Homes LLC. Those parties will now proceed to documentation of the settlement and obtaining Bankruptcy Court approval.

4. Upon Bankruptcy Court approval of the settlement, the Mediator will resume the mediation to address the disputes with Sea & Sun Group LLC.

Dated: Great Neck, New York
November 1, 2023

<u>/s/ Lori Lapin Jones, Esq., Mediator</u>
Lori Lapin Jones, Esq., Mediator

Lori Lapin Jones PLLC
98 Cutter Mill Road – Suite 255 South
Great Neck, New York 11021
Telephone: (516) 466-4110